IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| JOSEPH ADAM DOZIER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:09-cv-01130-RBP-PWG |
| DAVID WILSON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 25, 2011, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.    Having carefully reviewed and considered the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this the 16th day of May, 2011.

_____
**ROBERT B. PROPST**
**UNITED STATES DISTRICT JUDGE**